1 | David R. Sugden, Bar No. 218465
dsugden@calljensen.com
2 | Jacqueline Beaumont, Bar No. 253776
jbeaumont@calljensen.com
3 | CALL & JENSEN
4 | A Professional Corporation
610 Newport Center Drive, Suite 700
5 | Newport Beach, CA 92660
6 | Tel: (949) 717-3000
Fax: (949) 717-3100

8 | Attorneys for Plaintiff Power Balance, LLC

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POWER BALANCE, LLC, | Case No. SACV10-1607 AG(AGRx) |
| Plaintiff, | **STIPULATED INJUNCTION** |
| vs. | |
| POWERBAND, LLC, WASATCH KIOSKS, POWER X BANDS, ULTIMATE SHADES, SIMON DOGAN aka MURAT DOGANGUZEL, LA BEAUTY MARK, INC., and DOES 1 through 75, inclusive, | |
| Defendants. | |

Complaint Filed: October 20, 2010
Trial Date: None Set

Plaintiff Power Balance, LLC, and Defendants Powerband, LLC, and Wasatch Kiosks, LLC, by undersigned counsel, hereby stipulate and agree to submit to the Court this Stipulated Injunction.

WHEREAS the parties wish to facilitate settlement and avoid the expense of litigation;

1  NOW THEREFORE, Defendants Powerband, LLC, and Wasatch Kiosks, LLC,
2 and all their ~~representatives,~~ *if they have actual notice of this injunction,* servants and agents, employees, officers, ~~directors,~~
3 ~~partners,~~ attorneys, ~~subsidiaries,~~ and all persons ~~under their control, or~~ acting in active
4 concert or participation with them, are hereby enjoined during the pendency of this
5 action from:

6     (1) Advertising, selling, offering for sale, marketing, distributing, exposing,
7 shipping, mailing, listing, taking orders for, promoting, buying, ordering, exhibiting,
8 destroying, or in any manner disposing of products or aiding in any way the advertising,
9 selling, offering for sale, marketing, distributing, exposing, shipping, mailing, listing,
10 taking orders for, promoting, buying, ordering, exhibiting, destroying, or in any manner
11 disposing of products that bear marks or trade dress that are confusingly similar to
12 trademarks and trade dress belonging to Plaintiff, including, specifically, a thin, 100%
13 silicone wristband bearing two ovalized shapes on opposite sides of the band, which
14 each contain a circular hologram within a raised ovalized diamond shape and
15 encompassed by raised brackets, and also bearing the stylized, capitalized, and raised
16 silicone two-word phrase "Power Band" on the side of the wristband, or any
17 confusingly similar or colorable variations, copies, or versions thereof;

18     (2) Producing, manufacturing, assembling, reproducing or assembling or aiding
19 in any way the producing, manufacturing, assembling, reproducing or assembling of
20 any goods which bear any confusingly similar variations of Power Balance's "Oval
21 Mark" (a distinctive logo in the shape of a circular hologram encompassed by an
22 ovalized diamond shape, which is enclosed on either side by raised brackets), which
23 bear a copy of Power Balance's "Word Mark" (a logo in the form of a distinctive,
24 stylized, capitalized, and raised silicone two-word phrase ("Power Balance")); or Power
25 Balance's trade dress consisting of (a) a distinctive shape wherein the wristband widens
26 to encompass two of the Oval Marks on opposite sides of the band, (b) the Oval Marks,
27 and (c) the Word Mark featured on the side of the wristband between the two Oval
28 Marks, or any confusingly similar or colorable variations, copies, or versions thereof;

POW04-03:715896_1:10-28-10      -2-      STIPULATED INJUNCTION

(3) Buying, selling or in any way dealing with or using goods which bear a copy of Power Balance's "Oval Mark" (a distinctive logo in the shape of a circular hologram encompassed by an ovalized diamond shape, which is enclosed on either side by raised brackets), which bear a copy of Power Balance's "Word Mark" (a logo in the form of a distinctive, stylized, capitalized, and raised silicone two-word phrase ("Power Balance")); or Power Balance's trade dress consisting of (a) a distinctive shape wherein the wristband widens to encompass two of the Oval Marks on opposite sides of the band, (b) the Oval Marks, and (c) the Word Mark featured on the side of the wristband between the two Oval Marks, or any confusingly similar or colorable variations, copies, or versions thereof;

(4) Otherwise infringing Power Balance's rights at common law;

(5) Competing unfairly with Plaintiff by passing off "Power Band" goods as genuine goods of Power Balance, representing wristbands verbally or in writing in any way to be goods of Power Balance, or displaying photographs of Power Balance goods in conjunction with the marketing or offering for sale of non Power Balance wristbands.

SO AGREED AND STIPULATED:

Respectfully submitted,
Power Balance, LLC

Dated: Nov. 1, 2010          By: _____
Name: Nina R. Freelond Ringel
Title: VP & General Counsel

///
///
///
///

POW04-03:715896_1:10-28-10                -3-
STIPULATED INJUNCTION

| | |
|---|---|
| | Call & Jensen |
| Dated: 11/2 | By: _____ |
| | David R. Sugden |
| | 610 Newport Center Drive, Ste. 700 |
| | Newport Beach, CA 92660 |
| | Tel: (949) 717-3000 |
| | Fax: (949) 717-3100 |
| | |
| | Powerband, LLC |
| Dated: 11-1-10 | By: _____ |
| | Name: Matthew Stahle |
| | Title: Member |
| | |
| | Wasatch Kiosks, LLC |
| Dated: 11-1-10 | By: _____ |
| | Name: Matthew Stahle |
| | Title: Member |
| | |
| SO ORDERED: | |
| Dated: NOV 29, 2010 | By: _____ |
| | Honorable Andrew Guilford |
| | United States District Judge |

POW04-03:715896_1.10-28-10

- 4 -
STIPULATED INJUNCTION